THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Billy Ray
 Lawter, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2008-UP-462
Submitted August 1, 2008  Filed August 8,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Billy Ray Lawter was tried for and convicted of
 carjacking.  He was sentenced to fifteen years imprisonment.  Lawter appeals
 his conviction, arguing the circuit court erred in denying his request for a
 jury charge on larceny as a lesser included offense of carjacking.  Lawters
 counsel attached to the final brief a petition to be relieved as counsel
 pursuant to Anders v. California, 386 U.S. 738 (1967), stating she had
 reviewed the record and concluded this appeal lacked merit.  After a thorough
 review of the record, counsels brief, and Lawters pro se brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Lawters appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.